**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Sunbelt Securities, Inc., The Fisher Group, Cheryl Brown, Jeanine Fisher, and Monique Mandell v. David Mark Mandell and Raymond J. Black, Administrator of the Estate of William Mandell, Deceased |
| Appellate case number: | 01-21-00209-CV |
| Trial court case number: | 473747-402 |
| Trial court: | Probate Court No. 1 of Harris County |

On September 16, 2022, Appellants Sunbelt Securities, Inc., The Fisher Group, Cheryl Brown, and Jeanine Fisher ("Sunbelt Appellants") filed an Emergency Motion to Compel Production of Settlement Agreement. Sunbelt Appellants' emergency motion is **DENIED**.

It is so **ORDERED**.


Judge's signature: /s/ Amparo Guerra
 Acting Individually

Date: September 20, 2022